Kristin A. Linsley (#154148)
  klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center #2600
San Francisco, CA  94111-3715
Telephone:    415.393.8200
Facsimile:     415.393.8306

Jay P. Srinivasan (#181471)
  jsrinivasan@gibsondunn.com
Bradley J. Hamburger (#266916)
  bhamburger@gibsondunn.com
Samuel Eckman (#308923)
  seckman@gibsondunn.com
Alexander N. Harris (#278482)
  aharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:     213.229.7520

*Attorneys for Plaintiff RealPage, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALPAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN, CITY MANAGER OF BERKELEY, CALIFORNIA, in his official capacity, <br><br> Defendants. | CASE NO. 3:25-cv-03004-JSC <br><br> **SUPPLEMENTAL DECLARATION OF AMY DREYFUSS** |

Gibson, Dunn &
Crutcher LLP

# DECLARATION OF AMY DREYFUSS

I, Amy Dreyfuss, am over the age of eighteen years, am competent to testify, and have personal knowledge of the facts and other matters contained in this declaration.

1. I am the Senior Vice President and General Manager of Data & Analytics at RealPage, Inc. ("RealPage"). I submit this declaration as a supplement to the declaration I submitted in this matter on April 3, 2025.

2. RealPage began offering YieldStar, its first revenue management software product, in 2005. Its successor software product, AI Revenue Management ("AIRM"), was introduced in September 2020, and is built from the same codebase. YieldStar and AIRM recommend prices to apartment providers for rental units at their properties based on the subscribing customer's individual strategic objectives for that particular property. These strategies can vary greatly from customer to customer, and so, for this reason alone, the recommendations will also vary correspondingly. In addition, YieldStar and AIRM are built on the fundamental idea that a property's *internal* supply (unit availability) and *internal* demand (traffic, lease applications, renewals) dynamics are much more important than any *external* factors when recommending appropriate rental prices for the subject property.

3. YieldStar and AIRM customers begin their decision-making about rental prices by defining their individual asset strategy for the subject property. Asset strategies are unique to each customer and to each particular property and may depend, for example, on where the customer is in the lifecycle of ownership. YieldStar and AIRM customers can set over 100 different parameters in a combination uniquely configured to achieve the strategy for each property. For example, each customer can and often does set limits on maximum increases in month-to-month rents at its property or set controls that apply discounts for units at its property that are vacant more than the average number of days.

4. RealPage's software generates rent recommendations for each floorplan (bedroom type) at the subject property and the customer then reviews and either accepts the recommended rent or rejects it and sets a different rent as the "approved" floorplan rent. Based on this "approved" floorplan rent, the software then calculates the unit-specific rental price, accounting for the unit's unique features

as identified by the customer (such as a fireplace or pool view) and the parameters the customer selects (such as allowable lease terms).

5. The YieldStar and AIRM software in essence determines a rent recommendation for a floorplan by evaluating supply and demand at the subject property. The software considers, for a particular floorplan at the subject property, the expected current and forecasted available units (supply) of that floor plan in the near future. The data used to assess this is solely the property's own internal lease data reflecting when units at the property will become available. The software also assesses recent achieved and forecasted leasing activity (demand) at that property relative to expectation. The forecasted demand is based solely on the customer's own internal historical data including the volume and timing of historical lease applications. The subject property's current, recent, and forecasted demand is compared to projected supply for that specific floorplan at that property. Based on the supply and demand relationship at the subject property, YieldStar and AIRM recommend a rent price.

6. If the software determines that the current advertised rent is appropriate for the floorplan at the subject property (i.e., no supply/demand imbalance), then it will recommend no change to the current rent. If, however, the software determines that a price adjustment should be considered—either upward or downward (i.e., supply/demand imbalance for that specific floorplan is forecasted)—then it will recommend a change relative to the average net effective rent recently achieved, which is a time-weighted average of recent rents for units leased in that floorplan at that property. The preceding steps use only the particular customer's own internal, property-specific data (not any data from or about any other properties, public or private).

7. The software uses the relationship between recent average effective rent achieved for that floorplan at that property and publicly available advertised rent data to help determine how sensitive renter demand for the specific floorplan at the subject property will be to adjustments in price (upward or downward). In the current operation of the software, this rent data consists solely of publicly available data from property websites that are accessible to anyone—not data that RealPage obtains from customers—with the subject floorplan mapped to similar floorplans at other properties to generate a market range chart for the subject floorplan.

8. In prior iterations of the software, this publicly available rent data may have been blended with limited amounts of non-public lease transaction data regarding achieved (meaning actually charged) rents, which on average reflected lower prices than corresponding publicly advertised asking rents. This data used in the prior time period was aggregated, anonymized, and blended with public data. By the end of 2024, RealPage fully transitioned away from using actual lease transaction rent data as an input in its revenue management products. This was done in response to regulatory concerns and customer feedback about having to incur legal costs to respond to legal inquiries or proceedings, and not because RealPage believed its use to be anticompetitive. Even when YieldStar and AIRM were using non-public transaction rent data in a limited way, there was no way for one of RealPage's customers to have any visibility whatsoever into another customer's rent information, and in most cases customers did not know which other properties' data was being considered. Neither the software nor any RealPage customer had visibility (or has visibility today) into rent recommendations made by RealPage to any other customer, or any other customer's availability, software configuration, asset strategy, or occupancy, so the software could not have been used by our customers to coordinate, collude, or conspire with each other, in its current or previous iterations. All of the lawsuits against RealPage, including the Department of Justice's lawsuit, are focused on the prior iterations of the software, which included the limited use of non-public data described in this paragraph. Furthermore, RealPage continues to believe that incorporation of non-public data in the manner used in prior iterations of the software led to more efficient and procompetitive pricing than when non-public data is not used.

9. Currently, as with prior iterations of YieldStar and AIRM, after a floorplan rent price is recommended by the software, the customer has sole and complete discretion to either accept the recommended rent or reject it and set a different rent as the "approved" floorplan rent price. The YieldStar and AIRM software translate the customer's approved floorplan rent price to a unit-specific price, based on the specific unit amenities and parameters that impact unit level pricing. YieldStar and AIRM then generate a matrix of rent options that provides flexible pricing for renters based on the desired combination of different lease start dates (1st, 5th, 25th day of the month, etc.) and lease terms (ten or twelve months, etc.) for that unit—it is not a single rent amount. The matrix is highly

configurable by each customer, including the lease terms that are available to the renter and adjustments for different move-in dates. For example, the software might recommend for the same unit a slightly lower rental rate for a twelve-month lease than for a six-month lease. This functionality provides more options for renters along with greater transparency into rental prices, which helps ensure compliance with fair housing laws and protects against illegal housing discrimination.

10. When working with individual prospective tenants, the customer (typically at the property's leasing office) can either enter into leases that reflect the customer's own "approved" rent (which may or may not be an accepted RealPage pricing recommendation as described above) or lease at a different price. In fact, based on an analysis RealPage has commissioned, leases entered into by YieldStar and AIRM customers reflect rents that are different than what the software recommended well over half the time. Customers retain complete discretion over their pricing decisions and are free to accept or reject any rent recommendation made by the software. There are no penalties or other adverse consequences for customers who do not accept rent recommendations made by the software. RealPage is paid a set amount based on the number of licensed units or sites using the software; RealPage is never compensated based on whether a customer implements its recommendations or based on its customers' performance.

11. Although YieldStar and AIRM operate in much the same way, AIRM offers optional additional features—"AI Supply I," "AI Supply II," and "AI Demand"—to fine tune certain components of the supply-and-demand forecasting. AI Supply I, AI Supply II, and AI Demand are predictive, machine learning models that were previously developed using a set of training data to learn how to associate different combinations of variables with specific outcomes and thereby enhance predictive accuracy. The training data that was used to develop AI Supply I, AI Supply II, and AI Demand consisted of multiple years of historical, anonymized data aggregated from millions of apartments nationwide, including national historical non-public lease transaction data, and publicly available and accessible data. AI Supply I, AI Supply II, and AI Demand were last trained between 2022 and 2024, and the training data that was used in the development of these predictive models is not used in any way in the software's runtime operations when recommending rent prices. I understand that the only court to have analyzed allegations regarding the use of similar types of non-public data to

train machine learning models concluded that, as a matter of law, such kinds of model training cannot constitute an antitrust violation. *See Gibson v. Cendyn Grp., LLC*, No. 2:23-CV-00140-MMD-DJA, 2024 WL 2060260, at *6 (D. Nev. May 8, 2024).

12.  The machine learning models described above are optional features and no customer at any site in the City of Berkeley has used these models since at least the passage of the proposed ordinance. And, to reiterate, no non-public data is currently used in the runtime operation of the models. As such, these models cannot be used by RealPage customers to coordinate, collude, or conspire.

13. In addition to YieldStar and AIRM, RealPage also offers a third revenue management software product, Lease Rent Options ("LRO"), which RealPage acquired in 2017 and currently offers only to legacy customers. LRO is based on a different codebase than YieldStar and AIRM, does not incorporate machine learning models such as those described above for AIRM, and does not incorporate non-public data about other properties collected by RealPage. Furthermore, LRO is not currently being used by customers at any sites in the City of Berkeley.

14.  In short, the RealPage revenue management software currently used by customers at sites in the City of Berkeley does not use non-public data from any other RealPage customers or about properties other than the subject property, and does not enable RealPage customers to directly or indirectly coordinate rents or vacancy rates for rental housing.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on April 18, 2025 at Dallas, Texas.          By: _____
                                                              Amy Dreyfuss