| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>SHARIF E. JACOB - #257546<br>sjacob@keker.com<br>IAN KANIG - # 295623<br>ikanig@keker.com<br>CARA R. MEYER - # 348877<br>cmeyer@keker.com<br>KAYLA M. CROWELL - # 349061<br>kcrowell@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | BERKELEY CITY ATTORNEY'S OFFICE<br>FARIMAH F. BROWN, # 201227<br>fbrown@berkeleyca.gov<br>KATRINA L. EILAND, # 275701<br>keiland@berkeleyca.gov<br>STEPHEN A. HYLAS, # 319833<br>shylas@berkeleyca.gov<br>2180 Milvia Street, Fourth Floor<br>Berkeley, CA 94704<br>Telephone: (510) 981-6998<br>Facsimile: (510) 981-6960 |

Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALPAGE, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN, CITY MANAGER OF BERKELEY, CALIFORNIA, in his official capacity,<br><br>            Defendants. | Case No. 3:25-cv-03004-JSC<br><br>**DECLARATION OF FARIMAH F. BROWN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL DECLARATION**<br><br>Date:       April 16, 2025<br>Time:      11:00 a.m.<br>Dept.:      8—19th Floor (via Zoom)<br>Judge:     Hon. Jacqueline Scott Corley<br><br>Date Filed: April 2, 2025<br><br>Trial Date: Not Set |

## **DECLARATION OF FARIMAH F. BROWN**

I, Farimah F. Brown, declare as follows:

1. I serve as the City Attorney for the City of Berkeley ("City") and am a member in good standing of the bar of this Court. I am over the age of eighteen years old, am competent to testify, and have personal knowledge of the facts and matters contained in this declaration.

2. On March 25, 2025, the City of Berkeley enacted Berkeley Municipal Code § 13.63, *et seq.* ("the Ordinance"). The Ordinance proscribes algorithmic price coordination among competing landlords. Pursuant to the Berkeley Charter and Berkeley Municipal Code, the Ordinance is set to go into effect on April 24, 2025.

3. Section A of the Ordinance makes it "unlawful to sell, license, or otherwise provide to city of Berkeley landlords any coordinating pricing algorithm that sets, recommends, or advises on rents or occupancy levels that may be achieved for residential dwelling units in the city of Berkeley." *See* Berkeley Municipal Code § 13.63.030A. The Ordinance gives sole enforcement of Section A to the City Attorney. *See id.* § 13.63.040A.

4. On April 2, 2025, plaintiff RealPage, Inc. initiated this lawsuit. On April 3, 2025, RealPage filed a motion for temporary restraining order seeking to enjoin the Ordinance before its April 24, 2025 effective date.

5. On April 16, 2025, the Court held a hearing on RealPage's motion for a temporary restraining order. At this hearing, RealPage represented for the first time that it had changed its software. After the hearing, the City requested that RealPage furnish a demonstration of its revenue management software offered to customers in the City of Berkeley, during which the City would have the opportunity to ask questions. RealPage declined to furnish a demonstration in advance of the City's deadline to respond to RealPage's supplemental declaration.

6. The City Attorney's Office will not enforce the Ordinance against RealPage for sixty days from the Ordinance's effective date until June 23, 2025, or, if RealPage files a motion for preliminary injunction before that date, until the Court resolves that motion.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct, and that this declaration was executed on April 22, 2025, at Berkeley, California.

_____
FARIMAH F. BROWN