KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
SHARIF E. JACOB - #257546
sjacob@keker.com
IAN KANIG - # 295623
ikanig@keker.com
CARA R. MEYER - # 348877
cmeyer@keker.com
KAYLA CROWELL - # 349061
kcrowell@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

BERKELEY CITY ATTORNEY'S OFFICE
FARIMAH F. BROWN, City Attorney - #201227
fbrown@cityofberkeley.info
KATRINA L. EILAND, Deputy City Attorney - #275701
keiland@berkeleyca.gov
STEPHEN A. HYLAS, Deputy City Attorney - #319833
shylas@berkeleyca.gov
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:     510 981 6998
Facsimile:     510 981 6960

Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALPAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN, CITY MANAGER OF BERKELEY, CALIFORNIA, in his official capacity, <br><br> Defendants. | Case No. 3:25-cv-03004-JSC <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDERING PARTIES TO MEET AND CONFER REGARDING SCHEDULE** <br><br> Date:     April 16, 2025 <br> Time:    11:30 a.m. <br> Dept.:   8—19th Floor (via Zoom) <br> Judge:   Hon. Jacqueline Scott Corley <br><br> Date Filed: April 2, 2025 <br><br> Trial Date:  Not Set |

On April 16, 2025, the Court held a hearing on Plaintiff RealPage, Inc.'s Application for a Temporary Restraining Order. Having considered the motion and supporting papers, arguments of the parties, and the pleadings and other papers on file in this matter, and in light of the City Attorney's representation that she will not enforce the challenged ordinance against Plaintiff until such time as the Court resolves Plaintiff's motion for preliminary injunction, or for 60 days if no such motion is filed within that time, the Court hereby DENIES RealPage, Inc.'s application for a temporary restraining order.

The Court further ORDERS that RealPage shall file any preliminary injunction motion by _____, 2025, after which filing the parties shall meet and confer regarding a proposed briefing schedule for the motion and proposed schedule for any necessary expedited discovery. The parties shall submit a joint scheduling proposal to the Court by _____, 2025.

**IT IS SO ORDERED.**

DATED:

Hon. Jacqueline Scott Corley
U.S. District Judge