KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
SHARIF E. JACOB - #257546
sjacob@keker.com
IAN KANIG - # 295623
ikanig@keker.com
CARA R. MEYER - # 348877
cmeyer@keker.com
KAYLA CROWELL - # 349061
kcrowell@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN

BERKELEY CITY ATTORNEY'S OFFICE
FARIMAH F. BROWN - # 201227
City Attorney
KATRINA L. EILAND - # 275701
Deputy City Attorney
keiland@berkeleyca.gov
STEPHEN A. HYLAS - # 319833
Deputy City Attorney
shylas@berkeleyca.gov
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALPAGE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN, CITY MANAGER OF BERKELEY, CALIFORNIA, in his official capacity,<br><br>        Defendants. | Case No. 3:25-cv-03004-JSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Dept.:     8—19th Floor<br>Judge:     Hon. Jacqueline Scott Corley<br><br>Date Filed: April 2, 2025<br><br>Trial Date: Not Set |

1     Defendants The City of Berkeley, California, and Paul Buddenhagen ("Defendants") and Plaintiff RealPage, Inc. ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

    WHEREAS, Plaintiffs filed a Complaint on April 2, 2025;

    WHEREAS, the current deadline for Defendants The City of Berkeley, California and Paul Buddenhagen to respond to Plaintiff's Complaint is April 23, 2025;

    WHEREAS, Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6-1(a) permit the Parties to stipulate to extend the time to respond to the Complaint without approval of the Court;

    WHEREAS, the Parties have jointly agreed to extend Defendants' deadline to respond to Plaintiff's Complaint to May 23, 2025;

    NOW, THEREFORE, it is hereby stipulated and agreed that:

    The City of Berkeley, California and Paul Buddenhagen shall have until and including May 23, 2025, to file and serve its Answer or other response to Plaintiff's Complaint.

Dated: April 23, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/ *Sharif E. Jacob*
ELLIOT R. PETERS
SHARIF E. JACOB
IAN KANIG
CARA R. MEYER
KAYLA CROWELL

Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN

Dated: April 23, 2025

BERKELEY CITY ATTORNEY'S OFFICE

By: /s/ *Farimah F. Brown*
FARIMAH F. BROWN
City Attorney
KATRINA L. EILAND
Deputy City Attorney
STEPHEN A. HYLAS
Deputy City Attorney

Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN

| | |
|---|---|
| Dated: April 23, 2025 | GIBSON, DUNN & CRUTCHER LLP |
| | By:  /s/ *Jay P. Srinivasan* |
| | KRISTIN A. LINSLEY |
| | JAY P. SRINIVASAN |
| | BRADLEY J. HAMBURGER |
| | SAMUEL ECKMAN |
| | ALEXANDER N. HARRIS |
| | |
| | Attorneys for Plaintiff REALPAGE, INC. |

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated: April 23, 2025                                /s/ *Sharif E. Jacob*
                                                                SHARIF E. JACOB