BERKELEY CITY ATTORNEY'S OFFICE
FARIMAH F. BROWN - # 201227
City Attorney
KATRINA L. EILAND - # 275701
Deputy City Attorney
keiland@berkeleyca.gov
STEPHEN A. HYLAS - # 319833
Deputy City Attorney
shylas@berkeleyca.gov
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960

Attorneys for Defendants
THE CITY OF BERKELEY, CALIFORNIA,
and PAUL BUDDENHAGEN

Kristin A. Linsley (#154148)
  klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center #2600
San Francisco, CA  94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

Jay P. Srinivasan (#181471)
  jsrinivasan@gibsondunn.com
Bradley J. Hamburger (#266916)
  bhamburger@gibsondunn.com
Samuel Eckman (#308923)
  seckman@gibsondunn.com
Alexander N. Harris (#278482)
  aharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiff
REALPAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALPAGE, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN, CITY MANAGER OF BERKELEY, CALIFORNIA, in his official capacity,<br><br>             Defendants. | Case No. 3:25-cv-03004-JSC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CASE DEADLINES<br><br><br>Date Filed:  April 2, 2025<br><br>Trial Date:  Not Set |


**[PROPOSED] ORDER**

In light of the parties' stipulation, the Court hereby GRANTS the request to extend all deadlines in the case for twenty-one (21) days.

The new deadlines are as follows:

- 6/9/25 – deadline for RealPage's written response to Berkeley's first set of requests for production and to begin rolling production of documents;
- 6/10/25 – deadline for RealPage to substantively respond to Berkeley's first set of interrogatories;
- 6/12/25 – deadline for Berkeley's written response to RealPage's first set of requests for production and to begin rolling production of documents;
- 6/13/25 – deadline for Berkeley to respond to RealPage's complaint;
- 6/13/25 – deadline for Berkeley to substantively respond to RealPage's first set of interrogatories and requests for admission;
- 6/20/25 – deadline for RealPage to file preliminary injunction motion;
- 8/8/25 – deadline for Berkeley to file opposition to preliminary injunction motion;
- 8/22/25 – deadline for RealPage to file reply;
- 8/22/25 – close of preliminary expedited discovery;
- 9/11/25 - hearing on RealPage's preliminary injunction.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 20, 2025

Hon. _____
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Jacqueline Scott Corley