ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Micah R. Jacobs, State Bar No. 174630
   Micah.Jacobs@aalrr.com
Ruth M. Bond, State Bar No. 214582
   Ruth.Bond@aalrr.com
Rahi Azizi, State Bar No. 274800
   Rahi.Azizi@aalrr.com
3 Harbor Drive, Suite 200
Sausalito, California 94965-1491
Telephone:  (628) 234-6200
Fax:  (628) 234-6899

BERKELEY CITY ATTORNEY'S OFFICE
Farimah F. Brown, State Bar No. 201227
City Attorney
Katrina L. Eiland, State Bar No. 275701
Deputy City Attorney
   keiland@berkeleyca.gov
Stephen A. Hylas, State Bar No. 319833
Deputy City Attorney
   shylas@berkeleyca.gov
2180 Milvia Street, Fourth Floor
Berkeley, California 94704
Telephone:  (510) 981-6998
Fax:  (510) 981-6960

Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA and PAUL BUDDENHAGEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALPAGE, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN, CITY MANAGER OF BERKELEY, CALIFORNIA, in his official capacity ,<br><br>            Defendants. | Case No.    3:25-cv-03004-JSC<br><br>**DEFENDANT THE CITY OF BERKELEY, CALIFORNIA and PAUL BUDDENHAGEN'S NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Judge:    Hon. Jacqueline Scott Corley<br>Date:    TBD<br>Time:    TBD<br>Dept.:    8—19th Floor<br><br>Complaint Filed:    April 2, 2025<br>Trial Date:    Not Set |

PLEASE TAKE NOTICE that attorneys Micah R. Jacobs, Ruth M. Bond and Rahi Azizi of Atkinson, Andelson, Loya, Ruud & Romo, are hereby associating as co-counsel of record for Defendants THE CITY OF BERKELEY, CALIFORNIA and PAUL BUDDENHAGEN in the above-entitled matter and should be added to the proof of service as follows:

> Micah R. Jacobs, Esq.
> Ruth M. Bond, Esq.
> Rahi Azizi, Esq.
> ANDELSON, LOYA, RUUD & ROMO
> A Professional Law Corporation
> 3 Harbor Drive, Suite 200
> Sausalito, CA 94965-1491
> Tel: (628) 234-6200
> Fax: (628) 234-6899
> Email(s): Micah.Jacobs@aalrr.com;
> Ruth.Bond@aalrr.com;
> Rahi.Azizi@aalrr.com atkinson

Dated: June 4, 2025         ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Micah R. Jacobs*
Micah R. Jacobs
Ruth M. Bond
Rahi Azizi
Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA and PAUL BUDDENHAGEN

# PROOF OF SERVICE

[FRCP 5(B)]

STATE OF CALIFORNIA, COUNTY OF MARIN

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 3 Harbor Drive, Suite 200, Sausalito, California 94965-1491.

On June 4, 2025, I served the following document(s) described as **DEFENDANT THE CITY OF BERKELEY, CALIFORNIA and PAUL BUDDENHAGEN'S NOTICE OF ASSOCIATION OF COUNSEL** on the interested parties in this action as follows:

| | |
|---|---|
| Kristin A. Linsley, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center #2600<br>San Francisco, CA 94111-3715<br>Tel: (415) 393-8200<br>Fax: (415) 393-8306<br>Email: klinsley@gibsondunn.com;<br><br>Jay P. Srinivasan, Esq.<br>Bradley J. Hamburger, Esq.<br>Samuel Eckman, Esq.<br>Alexander N. Harris, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Ave.<br>Los Angeles, CA 90071-3197<br>Tel: (213) 229-7000<br>Fax: (213) 229-7520<br>Email: jsrinivasan@gibsondunn.com<br>bhamburger@gibsondunn.com<br>seckman@gibsondunn.com<br>aharris@gibsondunn.com | Farimah F. Brown, Esq.<br>City Attorney<br>Katrina L. Eiland, Esq.<br>Deputy City Attorney<br>Stephen A. Hylas, Esq.<br>Deputy City Attorney<br>BERKELEY CITY ATTORNEY'S OFFICE<br>2180 Milvia Street, Fourth Floor<br>Berkeley, CA 94704<br>Tel: (510) 981-6998<br>Fax: (510) 981-6960<br>Email: keiland@berkeleyca.gov;<br>shylas@berkeleyca.gov<br><br>*Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA and PAUL BUDDENHAGEN* |

*Attorneys for Plaintiff RealPage, Inc.*

☑ **BY EMAIL:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 4, 2025, at Sausalito, California.



Sandra Padilla