| | |
|---|---|
| BERKELEY CITY ATTORNEY'S OFFICE<br>FARIMAH F. BROWN - # 201227<br>City Attorney<br>KATRINA L. EILAND - # 275701<br>Deputy City Attorney<br>keiland@berkeleyca.gov<br>STEPHEN A. HYLAS - # 319833<br>Deputy City Attorney<br>shylas@berkeleyca.gov<br>2180 Milvia Street, Fourth Floor<br>Berkeley, CA 94704<br>Telephone: (510) 981-6998<br>Facsimile: (510) 981-6960<br><br>ATKINSON, ANDELSON, LOYA, RUUD & ROMO LLP<br>MICAH R. JACOBS - #174630<br>Micah.Jacobs@aalrr.com<br>RUTH M. BOND - #214582<br>Ruth.Bond@aalrr.com<br>RAHI AZIZI - #274800<br>Rahi.Azizi@aalrr.com<br>3 Harbor Drive, Suite 200<br>Sausalito, CA 94965-1491<br>Telephone: (628) 234-6200<br>Facsimile: (628) 234-6899<br><br>Attorneys for Defendants<br>THE CITY OF BERKELEY, CALIFORNIA,<br>and PAUL BUDDENHAGEN | Kristin A. Linsley (#154148)<br>  klinsley@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center #2600<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Jay P. Srinivasan (#181471)<br>  jsrinivasan@gibsondunn.com<br>Bradley J. Hamburger (#266916)<br>  bhamburger@gibsondunn.com<br>Samuel Eckman (#308923)<br>  seckman@gibsondunn.com<br>Alexander N. Harris (#278482)<br>  aharris@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Ave.<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Attorneys for Plaintiff<br>REALPAGE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALPAGE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN, CITY MANAGER OF BERKELEY, CALIFORNIA, in his official capacity,<br><br>  Defendants. | Case No. 3:25-cv-03004-JSC<br><br>**JOINT STIPULATION TO STAY CASE DEADLINES PENDING LEGISLATIVE ACTION**<br><br>Date Filed: April 2, 2025<br><br>Trial Date: Not Set |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff RealPage, Inc. ("Plaintiff") and
2  Defendants City of Berkeley and Paul Buddenhagen (the "Defendants," and collectively with
3  Plaintiff, the "Parties"), by their respective counsel, respectfully submit the following Joint
4  Stipulation.
5    WHEREAS, Plaintiff filed this action on April 2, 2025 (ECF No. 1);
6    WHEREAS, on April 23, 2025, the Parties stipulated to extend Defendants' deadline to
7  respond to the Complaint to May 23, 2025 (ECF No. 46);
8    WHEREAS, on May 1, 2025, the Court entered an order setting a schedule for briefing
9  Plaintiff's anticipated motion for preliminary injunction and bilateral discovery related to that
10 motion (ECF No. 48);
11   WHEREAS, on May 20, 2025, the Court granted a stipulated agreement between the
12 Parties extending those deadlines, as well as Defendants' deadline to respond to the Complaint,
13 for twenty-one (21) days in light of Defendants' transition to new counsel and Defendants'
14 upcoming closed session meeting with City Council (ECF No. 50);
15   WHEREAS, after that meeting, Defendants' previous counsel withdrew on June 2, 2025,
16 and their new counsel filed notices of appearance on June 4, 2025 (ECF Nos. 51-56);
17   WHEREAS, on June 9, 2025, the Berkeley City Council voted in open session to advance
18 an amendment that would suspend Berkeley Municipal Code section 13.63, the ordinance at issue
19 in this case, until March 2026;
20   WHEREAS, the Berkeley City Council is anticipated to vote on that amendment at its
21 regular meeting on June 24, 2025;
22   WHEREAS, the Parties believe it is appropriate to pause litigation at this time in light of
23 the City Council's pending legislative action;
24   WHEREAS, the Berkeley City Attorney's Office has agreed to continue not enforcing the
25 Ordinance against RealPage and landlords until the resolution of RealPage's Preliminary
26 Injunction Motion or the suspension of the Ordinance.
27 NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:
28   The Parties agree to stay all current case deadlines, including those set forth in ECF Nos.

48 and 50, in light of the City Council's pending legislative action. The Parties further agree to set a status conference for the week of July 7, 2025, on a date and time convenient to the Court, to consider next steps for this matter.

**IT IS SO STIPULATED**.

Dated:  June 10, 2025                                     BERKELEY CITY ATTORNEY'S OFFICE

                                                               By:   */s/ Stephen A. Hylas*
                                                                      FARIMAH F. BROWN
                                                                      City Attorney
                                                                      KATRINA L. EILAND
                                                                      Deputy City Attorney
                                                                      STEPHEN A. HYLAS
                                                                      Deputy City Attorney

Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN

Dated:  June 10, 2025                                     ATKINSON, ANDELSON, LOYA, RUUD & ROMO LLP

                                                               By:   */s/ Micah R. Jacobs*
                                                                      MICAH R. JACOBS
                                                                      RUTH M. BOND
                                                                      RAHI AZIZI

Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN

| | |
|---|---|
| Dated: June 10, 2025 | By:  /s/ Kristin A. Linsley<br>        Kristin A. Linsley |

Kristin A. Linsley (#154148)
 klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center #2600
San Francisco, CA  94111-3715
Telephone:     415.393.8200
Facsimile:      415.393.8306

Jay P. Srinivasan (#181471)
 jsrinivasan@gibsondunn.com
Bradley J. Hamburger (#266916)
 bhamburger@gibsondunn.com
Samuel Eckman (#308923)
 seckman@gibsondunn.com
Alexander N. Harris (#278482)
 aharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA  90071-3197
Telephone:     213.229.7000
Facsimile:      213.229.7520

Attorneys for Plaintiff REALPAGE, INC.

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Stephen Hylas, attest that I have obtained concurrence in the filing of this document from the other signatories listed here.