| | |
|---|---|
| GIBSON DUNN & CRUTCHER LLP<br>Kristin A. Linsley - # 154148<br>  klinsley@gibsondunn.com<br>One Embarcadero Center #2600<br>San Francisco, CA  94111-3715<br>Telephone:      415.393.8200<br>Facsimile:       415.393.8306 | BERKELEY CITY ATTORNEY'S OFFICE<br>Farimah F. Brown - # 201227<br>City Attorney<br>Katrina L. Eiland - # 275701<br>Deputy City Attorney<br>  keiland@berkeleyca.gov<br>Stephen A. Hylas - # 319833<br>Deputy City Attorney<br>  shylas@berkeleyca.gov<br>2180 Milvia Street, Fourth Floor<br>Berkeley, CA 94704<br>Telephone: 510.981.6998<br>Facsimile: 510.981.6960 |
| GIBSON, DUNN & CRUTCHER LLP<br>Jay P. Srinivasan - # 181471<br>  jsrinivasan@gibsondunn.com<br>Bradley J. Hamburger - # 266916<br>  bhamburger@gibsondunn.com<br>Samuel Eckman - # 308923<br>  seckman@gibsondunn.com<br>Alexander N. Harris - # 278482<br>  aharris@gibsondunn.com<br>333 South Grand Ave.<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA and PAUL BUDDENHAGEN |

Attorneys for Plaintiff REALPAGE, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALPAGE, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN, CITY MANAGER OF BERKELEY, CALIFORNIA, in his official capacity,<br><br>        Defendants. | CASE NO. 3:25-cv-03004-JSC<br><br>**JOINT STIPULATION TO STAY ENFORCEMENT OF ORDINANCE AND PENDING CASE DEADLINES** |

# JOINT STIPULATION

Plaintiff, RealPage, Inc., and Defendants, the City of Berkeley, California, and Paul Buddenhagen, City Manager of Berkeley, California, by and through counsel, enter this Joint Stipulation for consideration by the Court.

The Defendants and RealPage stipulate to the following:

1. On July 8, 2025, the Berkeley City Council adopted the second reading of Ordinance No. 7,974–N.S to amend the Ordinance Prohibiting the Sale or Use of Coordinated Pricing Algorithms (BMC 13.63) to suspend the effective date of the Ordinance to until March 1, 2026.

2. The City will continue to refrain from enforcing the Ordinance against RealPage and landlords until April 1, 2026—30 days after the amended effective date.

3. The parties believe that additional time to confer will promote the efficient and amicable resolution of this litigation and avoid unnecessary expense.

4. On June 11, 2025, the Court issued an order requiring the parties to submit a case management statement by July 17, 2025 and setting a case management conference on July 24, 2025. ECF No. 59. In light of the amendment delaying the Ordinance's effective date and the parties' desire for additional time to confer to attempt to resolve this dispute, the parties request that the Court vacate these dates. To the extent the parties' efforts to resolve this dispute are not successful, the parties will notify the Court by November 30, 2025, and will request a case management conference to discuss next steps in the litigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, the parties respectfully request that, in light of the above stipulations, the Court vacate the pending case management deadlines and stay all deadlines. To the extent the parties' efforts to resolve this dispute are not successful, the parties shall notify the Court by November 30, 2025. The parties' notice shall include a request for a case management conference to discuss next steps in the litigation.

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

July 16, 2025

Respectfully submitted,

GIBSON DUNN & CRUTCHER, LLP
By: /s/ Kristin A. Linsley
Kristin A. Linsley (#154148)
  klinsley@gibsondunn.com

Jay P. Srinivasan (#181471)
  jsrinivasan@gibsondunn.com
Bradley J. Hamburger (#266916)
  bhamburger@gibsondunn.com
Samuel Eckman (#308923)
  seckman@gibsondunn.com
Alexander N. Harris (#278482)
  aharris@gibsondunn.com

Attorneys for Plaintiff REALPAGE, INC.

BERKELEY CITY ATTORNEY'S OFFICE

 /s/ Farimah F. Brown
Farimah F. Brown (# 201227)
City Attorney

Katrina L. Eiland (# 275701)
Deputy City Attorney
  keiland@berkeleyca.gov
Stephen A. Hylas (# 319833)
Deputy City Attorney
  shylas@berkeleyca.gov

Attorneys for Defendants THE CITY OF BERKELEY, CALIFORNIA