UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALPAGE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN, CITY MANAGER OF BERKELEY, CALIFORNIA, in his official capacity,<br><br>        Defendants. | CASE NO. 3:25-cv-03004-JSC<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION** |

      Upon consideration of the parties' Joint Stipulation to Stay Enforcement of Ordinance and to Vacate Pending Deadlines, it is **HEREBY ORDERED** that the pending case management deadlines and case management conference currently set for July 24, 2025 are vacated. To the extent the parties' efforts to resolve this dispute are not successful, the parties shall notify the Court by November 30, 2025. The parties' notice shall include a request for a case management conference to discuss next steps in the litigation.

      IT IS SO ORDERED.

Dated: _____