Kristin A. Linsley (#154148)
　klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center #2600
San Francisco, CA  94111-3715
Telephone:     415.393.8200
Facsimile:      415.393.8306

Jay P. Srinivasan (#181471)
　jsrinivasan@gibsondunn.com
Bradley J. Hamburger (#266916)
　bhamburger@gibsondunn.com
Samuel Eckman (#308923)
　seckman@gibsondunn.com
Alexander N. Harris (#278482)
　aharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA  90071-3197
Telephone:     213.229.7000
Facsimile:      213.229.7520

*Attorneys for Plaintiff RealPage, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALPAGE, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF BERKELEY, CALIFORNIA, and PAUL BUDDENHAGEN, CITY MANAGER OF BERKELEY, CALIFORNIA, in his official capacity,<br><br>　　　　　　Defendants. | CASE NO. 3:25-cv-03004-JSC<br><br>**PLAINTIFF REALPAGE, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff RealPage, Inc., by and through undersigned counsel, hereby gives notice of voluntary dismissal of Plaintiff's claims against Defendants, The City of Berkeley, California, and Paul Buddenhagen, City Manager of Berkeley, California, with prejudice. Plaintiff understands the City has amended the disputed provisions in the Ordinance, resolving this litigation. Dismissal upon filing of notice is permissible because Defendants have neither answered Plaintiff's Complaint, ECF No. 1, nor moved for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: January 14, 2026

Respectfully submitted,

By: /s/ Kristin A. Linsley
    Kristin A. Linsley

Kristin A. Linsley (#154148)
 klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center #2600
San Francisco, CA 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

Jay P. Srinivasan (#181471)
 jsrinivasan@gibsondunn.com
Bradley J. Hamburger (#266916)
 bhamburger@gibsondunn.com
Samuel Eckman (#308923)
 seckman@gibsondunn.com
Alexander N. Harris (#278482)
 aharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

*Attorneys for Plaintiff RealPage, Inc.*